FILED

2019 JUL 19 PM 4:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS HSING-CHIH LEE,<br><br>    Defendant. | SA CR No. 19-00130-JVS<br><br>**I N D I C T M E N T**<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The Grand Jury charges:

[26 U.S.C. § 7206(1)]

On or about July 20, 2013, in Orange County, within the Central District of California, and elsewhere, defendant LOUIS HSING-CHIH LEE, a resident of Tustin, California, willfully made and subscribed to a materially false U.S. Individual Income Tax Return (Form 1040) for the tax year 2012, which was filed with the Internal Revenue Service and verified by a written declaration that it was made under penalty of perjury, and which income tax return defendant LEE did not

//

//

//

believe to be true as to every material matter, in that, on such Form 1040, defendant LEE reported on line 22 that he had a total income of $249,758 when, as defendant LEE then knew and believed, his total income for that year was substantially higher than the amount he reported.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

POONAM G. KUMAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section

EDDIE A. JAUREGUI
Assistant United States Attorney
Major Frauds Section

JULIAN L. ANDRÉ
Assistant United States Attorney
Major Frauds Section

2