```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    EDDIE A. JAUREGUI (Cal. Bar. No. 297986)
 4  POONAM G. KUMAR (Cal. Bar No. 270802)
    ROGER A. HSIEH (Cal Bar. No. 294195)
 5  Assistant United States Attorney
    Major Frauds Section
 6       1100 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-4849/0719/0600
 8       Facsimile: (213) 894-6269
         E-mail:    eddie.jauregui@usdoj.gov
 9                  poonam.kumar@usdoj.gov
                    roger.hsieh@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
4/21/20
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **SA**CR 19-130-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO UNSEAL CASE |
| v. | |
| LOUIS HSING-CHIH LEE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eddie A. Jauregui, Poonam G. Kumar, and Roger A. Hsieh, hereby files its Ex Parte Application to Unseal Case.

//

//

This application is based upon the attached declaration of Assistant United States Attorney Poonam G. Kumar, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 17, 2020                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


         /s/
POONAM G. KUMAR
EDDIE A. JAUREGUI
ROGER A. HSIEH
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF POONAM G. KUMAR**

I, Poonam G. Kumar, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Louis Lee</u>, No. CR 19-130-JVS.

2. On July 19, 2019, a federal grand jury sitting in this district returned an indictment against the defendant in the above-captioned matter. At the time the indictment was filed, the government filed an <u>ex parte</u> application seeking to seal the matter and requesting that the indictment remain sealed until such time as the defendant was taken into custody on the charges and the government filed a "Report Commencing Criminal Action." The government requested sealing on the ground that unsealing the indictment at that time could jeopardize the government's ability to apprehend the defendant because he had not yet been arrested and had not been informed that he was being named as a defendant in the indictment to be presented to the grand jury.

3. In the nine months since indictment, no arrest has been made. Based on information obtained by the case agents, the government believes that this individual is presently located in Taiwan and there is no indication that he is likely to return to the United States any time in the near future. Extradition from Taiwan is not possible due to the citizenship status of the defendant. Given these facts, the government wishes to inform the defendant's counsel of the indictment in the event the defendant would be willing to self-surrender and negotiate a resolution to the matter.

//

4.   Accordingly, the government requests that the indictment and sealed documents in this case be unsealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 20, 2020.

/s/
POONAM G. KUMAR
Assistant United States Attorney